No. 285, Misc.   CAMERON ET AL. *v.* SHAHEDY ET AL. C. A. 3d Cir.   Certiorari denied.   *Charlotte F. Jones* for petitioners.   *Thomas M. Hyndman* for respondents.

No. 296, Misc.   ELGESEM *v.* CRANOR, SUPERINTENDENT. Supreme Court of Washington.   Certiorari denied.

No. 297, Misc.   BRAMBLE *v.* HEINZE, WARDEN, ET AL. Supreme Court of California.   Certiorari denied.

No. 298, Misc.   LOWENSTEIN *v.* MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 299, Misc.   SMITH *v.* MICHIGAN.   Circuit Court of Chippewa County, Michigan.   Certiorari denied.

No. 300, Misc.   SHERROW *v.* HEINZE, WARDEN, ET AL. Supreme Court of California.   Certiorari denied.

No. 304, Misc.   CABRERA *v.* BURKE, WARDEN.   Supreme Court of Pennsylvania.   Certiorari denied.

No. 306, Misc.   GEISEL *v.* ASHE, WARDEN.   Supreme Court of Pennsylvania.   Certiorari denied.

No. 308, Misc.   CONIGLIO *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 316, Misc.   STORY *v.* BURFORD, WARDEN.   C. A. 10th Cir.   Certiorari denied.

No. 318, Misc.   DAILEY *v.* RAGEN, WARDEN.   Criminal Court of Cook County, Illinois.   Certiorari denied.